**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| ANDREAS ISAIAS | : |
| | : |
| | : |
| | : |
| Petitioner, | : Civil Action: 2:23-cv-935 |
| | : |
| vs. | : |
| | : |
| YURI ALEXANDRA TORRES ARAQUE, | : |
| | : |
| Respondents. | : |
| _____ | : |

TO:   Melissa E. Rhoads
      United States District Court
      District of New Jersey, Newark Division

Please enter the default of Respondent, Yuri Alexandra Torres Araque, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Ari H. Gourvitz, Esq., counsel for Petitioner.

*/s/ Ari H. Gourvitz*
_____
Ari H. Gourvitz, Esq. (Bar #026482004)
Elliot H. Gourvitz, Esq. (Bar #255681969)
Gourvitz & Gourvitz, LLC.
505 Morris Avenue, Suite 102
Springfield, New Jersey 07081
(973) 467-3200
(973) 467-4091 (fax)
ahg@gourvitz.com
ehg@gourvitz.com

*Attorneys for Petitioner*