**ELLIOT H. GOURVITZ**
FELLOW OF THE AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS
1981-2008

INTERNATIONAL ACADEMY OF
MATRIMONIAL LAWYERS
1989-2009

DIPLOMATE OF THE AMERICAN
COLLEGE OF TRIAL LAWYERS
1994-2008

CERTIFIED MATRIMONIAL ATTORNEY
BY THE SUPREME COURT
OF NEW JERSEY
1994-2008

MEMBER OF NJ & NY BAR
EMAIL: EHG@GOURVITZ.COM

**ARI H. GOURVITZ**
MEMBER OF NJ & NY BAR
EMAIL: AHG@GOURVITZ.COM

**MELISSA M. GOURVITZ**
MEMBER OF NJ BAR
EMAIL: MP@GOURVITZ.COM



"We Think Outside The Box"

COUNSELLORS AT LAW

505 MORRIS AVENUE, STE 102
SPRINGFIELD, NEW JERSEY 07081

(973) 467-3200
(908) 687-2800
(201) DIVORCE

New York
(212) 586-1700

WWW.GOURVITZ.COM
INFO@GOURVITZ.COM
E-FAX: (973) 912-0432
FAX: (973) 467-4091

March 24, 2023

Honorable Esther Salas, U.S.D.J.
United States District Court
District of New Jersey, Newark Division
50 Walnut Street
Newark, New Jersey 07102

  RE: **Torres v. Isaias**
     **Docket No.: 2:23-cv-00935**

Your Honor:

  Pursuant to your Individual Judicial Preferences and Procedures, I am writing to the Court to seek leave to file a motion for default judgment. The Clerk entered default on March 22, 2023.

  Thus, it is respectfully requested that Petitioner be allowed to do so at the present time.

  Thank you for Your Honor's attention to this matter.

            Respectfully yours,

            */s/ Ari H. Gourvitz*

            ARI H. GOURVITZ

AHG/kh
Copy to: Lisa Parker, Esq. (via ECF)
      Andreas Isaias (via email)

*"A Family of Lawyers Practicing Family Law"*