UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| ANDREAS ISAIAS | : Civil Action: 2:23-cv-935 |
| | : |
| | : Judge Esther Salas |
| | : |
| Petitioner, | : Magistrate Judge Leda Dunn Wettre |
| | : |
| vs. | : |
| | : |
| | : |
| YURI ALEXANDRA TORRES ARAQUE, | : |
| | : |
| Respondent. | : |

**AMENDMENT TO RETURN ORDER DIRECTING RETURN OF MINOR CHILD TO HABITUAL RESIDENCE OF CYPRUS**

This Amendment to the Return Order Directing Return of Minor Child to Habitual Residence of Cyprus is made pursuant to Article 7(c) of the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.*, and with the express consent and agreement of all parties, as evidenced by counsels' signature(s). It is therefore this 21st day of June, 2023, by the United States District Court for the District of New Jersey, Newark Division, hereby **ORDERED**:

1.  Paragraphs 2 and 3 of the Return Order Directing Return of Minor Child to Habitual Residence of Cyprus entered by the Court on June 20, 2023 ("Return Order") are hereby amended, in part, in that the location of the retrieval/delivery of the minor child shall take place at the New Jersey District Court, Newark Division, located at 50 Walnut Street, Newark, New Jersey (the "Courthouse") on June 23, 2023 at 10:00 a.m. The minor child shall be delivered

by Respondent's representative to Petitioner in the lobby entrance of the Courthouse.

2. All other provisions of the Return Order shall remain in full force and effect.

DATED this 22 day of June, 2023.

_____
Hon. Esther Salas
United States District Judge
District of New Jersey, Newark Division

APPROVED AS TO FORM
AND CONTENT:

_____
Ari H. Gourvitz, Esq.
*Attorney for Petitioner*
ahg@gourvitz.com
505 Morris Ave, Suite 102
Springfield, NJ 07081
(973) 467-3200
 (973) 467-4091 (fax)

_____
Lisa Parker, Esq.
*Attorney for Respondent*
lparker@greenbaumlaw.com
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
(973) 577-1786
(973) 577-1787 (fax)